[No. 10105–3–III.   Division Three.   June 7, 1990.]

THE STATE OF WASHINGTON, *on the Relation of Margaret M. Baheza, Respondent,* v. DAVID C. HOPTOWIT, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–5–00304–1, Heather Van Nuys, J., entered June 19, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 9483–9–III.   Division Three.   June 7, 1990.]

*In the Matter of the Gambling License of* CONNIE S. THOMPSON.

THE GAMBLING COMMISSION, *Respondent,* v. CONNIE S. THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 88–2–00403–7, Dennis D. Yule, J., entered July 27, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.

[No. 12675–3–II.   Division Two.   June 7, 1990.]

ROSEN SUPPLY COMPANY, INC., *Respondent,* v. PACIFIC TRUSTEE, LTD., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–04240–1, Donald H. Thompson, J., entered February 14, 1989. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.